1  JACQUELINE TIRINNANZI, ESQ.
   Nevada Bar No. 13266
2  KATHLEEN BLISS LAW PLLC
   1070 West Horizon Ridge Pkwy., Suite 202
3  Henderson, Nevada 89012
   Telephone: 702.463.9074

4  *Attorney for Peter Stincer*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIGI J. MONTES,<br><br>ALEXANDER HOYOS RIVERA, and<br><br>PETER ALEXANDER STINCER,<br><br>Defendants. | Case No. 2:21-mj-1027-DJA<br><br>ORDER to Advance Date of Defendant's Summons as to Petition on Action on Conditions of Pretrial Release (ECF No. 61) |

It is hereby stipulated and agreed, by and between Jason Frierson, United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Jacqueline M. Tirinnanzi, Esq., counsel for Defendant Peter Alexander Stincer, that Counsel respectfully requests this Court to advance Mr. Stincer's summons for appearance as to the Petition for Action on Conditions of Pretrial Release, from September 7, 2022 at 3:00 p.m. as originally designated by the summons (ECF No. 61) and to reschedule for September 6, 2022 at 3:00 p.m. Counsel respectfully requests this Court to advance the appearance date by one day due to a conflict in defense counsel's pre-existing case obligations, specifically for the reason that counsel is scheduled to travel to Reno the morning of September 7, 2022 for a jury trial. The Government has no objection to the request. Therefore, the parties stipulate, subject to the Court's approval, that Mr. Stincer must

1  appear on September 6, 2022 at 3:00 p.m. for the summons as to the Petition for Action on

2  Conditions of Pretrial Release.

3

4      THEREFORE, IT IS HEREBY ORDERED that the summons in the above-captioned

5  matter currently scheduled for September 7, 2022, at 3:00 p.m. be vacated and *reset* to
   September 6, 2022, at 3:00 p.m., Courtroom 3A.
6

7      DATED this ___2nd___ day of ___September___, 2022.

8

9

10  DATED this 31st day of August, 2022.

11  JASON FRIERSON
    United States Attorney
12

13   *s/Jim W. Fang*
    JIM W. FANG
    Assistant United States Attorney
14  *Counsel for the United States*

15

16   *s/ Jacqueline M. Tirinnanzi*
    JACQUELINE M. TIRINNANZI, ESQ.
    *Counsel for Defendant Stincer*
17

18

19                          _____
                            HONORABLE DANIEL J. ALBREGTS
20                          UNITED STATES MAGISTRATE JUDGE

21

22

23

24

                        2