# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>PETER ALEXANDER STINCER,<br><br>            Defendant. | Case No. 2:21-mj-1027-DJA<br><br>**FINDINGS OF FACT** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that in the interest of justice, the disposition of the pending revocation proceeding in this matter should be continued to allow the defense adequate time to investigate the allegation and to allow the parties time to potentially resolve the matter without a hearing.

## ORDER

IT IS ORDERED that the revocation of pretrial release hearing in *United States v. Peter Alexander Stincer*, 2:21-mj-1027-DJA, set for October 25, 2022, at 2 p.m., is hereby VACATED, and RESET for November 8, 2022 at 2:00 pm in LV Courtroom 3C before Magistrate Judge Ferenbach.

By: _____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3